Katherine Christensen
Real Party in Interest Under Injury
c/o 1134 West Grand Caymen Drive
Gilbert, Arizona 85233
(480) 813-3885
PRO SE

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

## PHOENIX DIVISION

| | |
|---|---|
| In re: | CASE NO. 09-21818-RTB |
| | ADVERSARY 09-ap-01357-RTB |
| Katherine Christensen | |
| Plaintiff, Real Party in Interest | CHAPTER 7 |
| V. | |
| CAPITAL ONE NA | MOTION FOR DEFAULT AND |
| its successors and/or assigns | DEFAULT JUDGMENT |
| Defendant | |
| | Assigned to Hon. Redfield T. Baum |

Plaintiff Katherine Christensen, respectfully submits this MOTION FOR DEFAULT AND DEFAULT JUDGMENT against CAPITAL ONE NA Defendant as authorized by Federal Rule of Civil Procedure 55.

### STATEMENT OF FACTS

1. Defendant has never responded to any of the lawful and required Qualified Written Requests for Debt Validation authorized by Title 12 and Title 15.

2. On November 4, 2009 at 4:12pm Plaintiff served Defendants a Motion for

Commencement of Adversarial Proceeding with Summons in an Adversarial Proceeding by USPS Certified Mail # 7009 0820 0001 9259 1412. USPS Track and Confirm shows that it was received by Defendant on November 6, 2009 at 9:04 am.

3. Pursuant to Federal Rules of Bankruptcy Defendant had 30 days from the date of issuance of the summons to respond.

4. Defendant has not responded as per the date of this Motion, which is well beyond the 30 days allowed and therefore defaulted.

## CONCLUSION

1. Defendant did not file an answer within 30 days from the date of the issuance of the summons.

2. Real Party in Interest meets the procedural requirements for obtaining both an entry of default and default judgment.

3. Because Defendant did not file a responsive pleading or otherwise defend the suit, defendants admit they have no true and valid records to prove they had standing to bring this action.

**Wherefore Real Party in interest prays for judgment as follows:**

1. That the Court enter a default judgment in favor of Plaintiff.

2. As time is of the essence, that the Court order Defendant to immediately

MOTION FOR DEFAULT JUDGMENT-CAP1       PAGE 2 of 3
Case 2:09-ap-01357-RTB   Doc 8   Filed 12/15/09   Entered 12/16/09 13:41:47   Desc
Main Document   Page 2 of 3

12/16/2009

restore ownership and return clear title of subject Property back to Plaintiff free and clear.

3. That the Court grant relief to the Plaintiff for all violations by Defendant its successors and assignees as provided by law; all costs, applicable interest, and other relief as this court deems just and necessary.

DATED: December 15, 2009

*Katherine Christensen*
Katherine Christensen
Plaintiff, Real Party in Interest

MOTION FOR DEFAULT JUDGMENT-CAP1 PAGE 3 of 3
Case 2:09-ap-01357-RTB    Doc 8    Filed 12/15/09    Entered 12/16/09 13:41:47    Desc
Main Document    Page 3 of 3

12/16/2009