2

2010 JAN -4 PM 2: 14
FILED
CLERK
U.S. BANKRUPTCY
DISTRICT OF ARIZONA

1  Katherine Christensen
2  1134 West Grand Caymen Drive
   Gilbert, Arizona 85233
3  Tel: (480) 813-3885

                                    Pro Se

4  Katherine Christensen, In Person Plaintiff,  )
            Vs.                                  )    Case No.: 09-21818-RTB
5  CAPITAL ONE NA, its assigns and/or           )
   successors; CHEVY CHASE BANK;                 )    Adversarial Proceeding No. 09-ap-01357-RTB
6  STEVEN R. HALPIN d/b/a CFO CHEVY             )
7  CHASE BANK his assigns and/or               )    NOTICE TO COURT OF HAINES V.
   successors; GARY PERLIN d/b/a CFO            )    KERNER STATUS OF PLAINTIFF
8  CAPITAL ONE NA his assigns and/or            )
   successors; SMITH & CRAVEN PLLC;             )
9  GARY MICHAEL SMITH; D. JEFFREY               )
   CRAVEN; FREDERICK C. THOMAS;                 )
10 CARSON MESSINGER ELLIOTT                     )
   LAUGHLIN & RAGAN PLLC; ROBERT                )
11 P. LINDFORS; CAL-WESTERN                     )
   RECONVEYANCE CORPORATION;                    )
12 SUSAN SMOTHERS; MORTGAGE                     )
   ELECTRONIC REGISTRATION                      )
13 SYSTEMS INC.; MARY STRATHAM                  )
   d/b/a NOTARY d/b/a SIGNATORY FOR             )
14 MORTGAGE ELECTRONIC SYSTEMS                  )
   INC.; MARTY STRATHAM d/b/a                   )
15 NOTARY d/b/a SIGNATORY FOR                   )
   CAL-WESTERN RECONVEYANCE                     )
16 CORP.; MARY STRATHAM d/b/a                   )
   NOTARY FOR CAL-WESTERN                       )
17 RECONVEYANCE CORP.; PAMELA                   )
   CAMPBELL d/b/a ASSISTANT                     )
18 SECRETARY OF MERS; NORTH                     )
   AMERICAN TITLE AGENCY OF                     )
19 ARIZONA c/o NORTH AMERICAN                   )
   TITLE INSURANCE CO.; GILA                    )
20 COUNTY SHERIFF OFFICE, CHRIS                 )    Assigned to: Hon. Redfield T. Baum
21 MCBREARTY d/b/a MORTGAGE                     )
   BROKER for CHARTER FUNDING;                  )
22 CHARTER FUNDING; FIRST MAGNUS                )
   FINANCIAL; MERENDON MINING;                  )
23 INSTITUTE FOR FINANCIAL                      )
   LEARNING; JOHN DOES And JANE                 )
24 DOES 1-100, ABC CORPORATIONS 1-              )
25 100, and XYZ PARTNERSHIPS 1-100,             )
   Defendants,                                  )
                                                )
                                                )

1

2          COMES NOW Plaintiff Katherine Christensen respectfully requesting that this court take

3   judicial notice that plaintiff is invoking doctrine of *Haines v. Kerner,* 404 U.S. 519 (1972) and

4   *Louisville and N.R. v. Schmidt,* 177 U.S. 230 (1900) wherein substance governs over mere form.

5          RESPECTFULLY SUBMITTED this 4th Day of January, 2010

6

7                                         Katherine Christensen, Plaintiff
                                          Real Party in Interest
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Case 2:09-ap-01357-RTB   Doc 11   Filed 01/04/10   Entered 01/05/10 19:35:42   Desc
Notice to BK court of Haines v.docCap1              Main Document        Page 2 of 2              Page 2 of 2

01/05/2010