Katherine Christensen
Real Party in Interest Under Injury
1134 West Grand Caymen Drive
Gilbert, Arizona 85233
(480) 813-3885
Pro Se

FILED
2010 JAN -4 PM 2: 13
CLERK
U.S. BANKRUPTCY
DISTRICT OF ARIZONA

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

# PHOENIX DIVISION

| | |
|---|---|
| In re: | CASE NO. 09-21818-RTB |
| | Adversarial Proceeding No. 09-ap-01357-RTB |
| Katherine Christensen | |
| Plaintiff, Real Party in Interest | |
| V. | CHAPTER 7 |
| | |
| CHEVY CHASE BANK NKA | MOTION TO JOIN INDISPENSABLE |
| CAPITAL ONE NA, | PARTIES IN ADVERSARIAL COMPLAINT |
| its assigns and/or successors | |
| Defendants | |
| | Assigned to Hon. Redfield T. Baum |

COMES NOW Katherine Christensen Plaintiff, who Pursuant to Fed.R.Civ.P. Rule 20(a), respectfully submits this MOTION TO JOIN INDISPENSABLE PARTIES IN ADVERSARIAL COMPLAINT.

Plaintiff has recently learned that the Court needs the crucial and newly discovered evidence presently in possession of these additional parties before it can make a fair, just and honest ruling. Each of the following parties holds an understanding as to what has happened in this case and must be allowed the opportunity to help the Court with the complexities of it, yet respects the scarce judicial resources at hand to hear multiple suits.

Therefore, in the interests of justice and to conserve scarce judicial resources Plaintiff moves the Court to join the following parties as Defendants into Adversarial Proceeding No. 09-ap-01357-RTB:

1. CHEVY CHASE BANK; and

2. STEVEN R. HALPIN d/b/a CHIEF FINANCIAL OFFICER CHEVY CHASE BANK his successors and/or assigns

3. GARY PERLIN d/b/a CHIEF FINANCIAL OFFICER CAPITAL ONE NA his successors and/or assigns

4. SMITH & CRAVEN PLLC; and

5. GARY MICHAEL SMITH an Arizona Licensed Bar Attorney #016307 attorney for SMITH & CRAVEN PLLC and CHEVY CHASE BANK FSB, and MERS; and

6. D. JEFFREY CRAVEN an Arizona Licensed Bar Attorney #020799; and

7. FREDERICK C. THOMAS an Arizona Licensed Bar Attorney #023844; and

7. CARSON MESSINGER ELLIOTT LAUGHLIN & RAGAN PLLC; and

8. ROBERT P. LINDFORS an attorney and

9. CAL-WESTERN RECONVEYANCE CORPORATION; and

10. SUSAN SMOTHERS, d/b/a A.V.P. CAL-WESTERN RECONVEYANCE; and

11. MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC.; and

12. PAMELA CAMPBEULL d/b/a ASSISTANT SECRETARY OF MERS; and

13. MARY STRATHAM d/b/a NOTARY d/b/a SIGNATORY FOR MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC.; and

14. MARY STRATHAM d/b/a NOTARY d/b/a SIGNATORY FOR CAL-WESTERN RECONVEYANCE CORPORATION; and

15. MARY STRATHAM d/b/a NOTARY for CAL-WESTERN RECONVEYANCE CORPORATION; and

16. NORTH AMERICAN TITLE AGENCY OF ARIZONA C/O NORTH AMERICAN TITLE INSURANCE CO.; and

17. GILA COUNTY SHERIFF OFFICE; and

18. CHRIS MCBREARTY d/b/a MORTGAGE BROKER for CHARTER FUNDING; and

19. CHARTER FUNDING; and

20. FIRST MAGNUS FINANCIAL; and

21. MERENDON MINING; and

22. INSTITUTE FOR FINANCIAL LEARNING; and

23. JOHN DOES And JANE DOES 1-100; and

24. ABC CORPORATIONS 1-100; and

25. XYZ PARTNERSHIPS 1-100.

DATED: This 4th Day of January, 2010

*Katherine Christensen*
Katherine Christensen, Real Party in Interest