| | |
|---|---|
| Katherine Christensen<br>1134 West Grand Caymen Drive<br>Gilbert, Arizona 85233<br>Tel: (480) 813-3885<br>Pro Se | |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Katherine Christensen, In Person Plaintiff,<br>Vs.<br>CAPITAL ONE NA, its assigns and/or successors; CHEVY CHASE BANK; STEVEN R. HALPIN d/b/a CFO CHEVY CHASE BANK his assigns and/or successors; GARY PERLIN d/b/a CFO CAPITAL ONE NA his assigns and/or successors; SMITH & CRAVEN PLLC; GARY MICHAEL SMITH; D. JEFFREY CRAVEN; FREDERICK C. THOMAS; CARSON MESSINGER ELLIOTT LAUGHLIN & RAGAN PLLC; ROBERT P. LINDFORS; CAL-WESTERN RECONVEYANCE CORPORATION; SUSAN SMOTHERS; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC.; MARY STRATHAM d/b/a NOTARY d/b/a SIGNATORY FOR MORTGAGE ELECTRONIC SYSTEMS INC.; MARTY STRATHAM d/b/a NOTARY d/b/a SIGNATORY FOR CAL-WESTERN RECONVEYANCE CORP.; MARY STRATHAM d/b/a NOTARY FOR CAL-WESTERN RECONVEYANCE CORP.; PAMELA CAMPBELL d/b/a ASSISTANT SECRETARY OF MERS; NORTH AMERICAN TITLE AGENCY OF ARIZONA c/o NORTH AMERICAN TITLE INSURANCE CO.; GILA COUNTY SHERIFF OFFICE, CHRIS MCBREARTY d/b/a MORTGAGE BROKER for CHARTER FUNDING; CHARTER FUNDING; FIRST MAGNUS FINANCIAL; MERENDON MINING; INSTITUTE FOR FINANCIAL LEARNING; JOHN DOES And JANE DOES 1-100, ABC CORPORATIONS 1-100, and XYZ PARTNERSHIPS 1-100,<br>Defendants, | Case No.: 09-21818<br><br>Adversarial Proceeding No. 09-ap-01357<br><br>Chapter 7<br><br>APPLICATION FOR ORDER TO SHOW CAUSE AND PRAYER FOR INJUNCTIVE RELIEF, TEMPORARY RESTRAINING ORDER<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Assigned to: Hon. Redfield T. Baum |

COMES NOW Katherine Christensen, Plaintiff, in capacity pro se Pursuant to Rule 60(d), Ariz.R.Civ.P., hereby files this **APPLICATION FOR ORDER TO SHOW CAUSE** why the relief sought in the **SUPPLEMENTAL COMPLAINT FOR ACCOUNTING, etc.** should not be granted. This Application is based upon and supported by the accompanying **MEMORANDUM OF POINTS AND AUTHORITIES** and the **Affidavit of Katherine Christensen**, both of which are attached hereto and incorporated herein by this reference.

### PRAYER FOR RELIEF

Plaintiff appears and requests that this court issue an order ordering defendants to;

1. Demonstrate how a mortgage backed security is not subject to the Securities Act of 1933 and the Securities Exchange Act of 1934, among other securities acts, in the nature of S.E.C. v. W.J. Howey Co., 328 U.S. 293 (1946), Williamson v. Tucker, 454 US 897 (1981), S.E.C. v. Glen W. Turner Enterprises, Inc., 474 F2d 476 (9th Cir, 1973) among other securities cases thereunto pertaining; and

2. Produce, turn over and reduce to possession of plaintiff all accounting records in relation to the alleged loan in said securities and real property subject matter at bar as follows; and

   a. The evidence of compliance with the Fair Debt Collections Practices Act; and

   b. A certified copy of the bond which the lender purchased to insure this "loan" and copies of any payments made to date; and

   c. The Genuine Original Note with the wet-ink signatures, the Title Page to the note and all allonges which demonstrate the history; and

   d. The Currency Trace (Formatter) regarding the loan (alleged), if there was a loan, then there will be a currency trace; and

   e. The 2046 balance sheet as it relates to the original loan, which will demonstrate defendants ledgering of the account; and

Case 2:09-ap-01357-RTB-bk Doc 16 App Filed 01/04/10 Entered 01/06/10 08:56:33 Desc
app for order to show cause S&C-bk-add.doc-CAP          Main Document    Page 2 of 6        Page 2 of 6

01/05/2010

f. The off balance sheet entry and extinguishment of the loan (This form is a Mandatory filing pursuant to Title 12 USC 248 and 347) as it contains an OMB number as disclosure is mandatory under 5 USC (it will demonstrate that the alleged lender owes the alleged borrower the amount of the original promissory note as it is a liability/accounts payable of defendants, public utility, institution); and

g. The S-3 and S-3A Registration Statement: shows when and where the instrument was sold, as public utilities called lending institutions aka "banks" cannot claim to have lost the note; and

h. The 424B5 Securities And Exchange Commission prospectus (security filing); and

i. The RC-C, RC-E, RC-L, RC-Q and RC-S call schedules covering the period of the origination of this alleged loan (August 17, 2006) will show there were no loans but rather an alleged extension of credit from the trust fund in question; and

j. The FASB (Financial Accounting Standards Board) part of GAAP (Generally Accepted Accounting Standards), FAS 5, 95, 125, 133, 140 as these demonstrate and direct the auditor to the accounts payable, liability ledger within the broker bank's books, and show the tracking as to where the funding came from and went; and

k. The 1099-OID and 1099-A reports will identify the principal's identity, which capital and interest was taken, and who the recipient or payer of the funds are, and who is holding the account in escrow, unadjusted for accounts payable with Basel iii protocols; and

l. Evidence ledger sheet, accounts payable, Basel iii compliance; and

3. Produce a signed reconveyance of said real property in favor of plaintiff; and

4. Turn over to plaintiff all funds held in trust by defendants in relation to the said real property at issue; and

5. Demonstrate how the plaintiff's Social Security trust account, birth certificate account, (plaintiff's trust account somewhere) is not the origination of the funds provided to defendants to acquire the real property in the beginning; and

6. Demonstrate why defendants should not be permanently enjoined from bothering plaintiff with the alleged "loan"; and

7. Plaintiff Prays for whatever other relief this court deems appropriate.

RESPECTFULLY SUBMITTED this 4th Day of January, 2009.

*[signature]*
Katherine Christensen, Real Party in Interest

# POINTS AND AUTHORITIES AND DEFINITIONS

**Step 1: Fraud in the Inducement:** "… is intended to and which does cause one to execute an instrument, or make an agreement… The misrepresentation involved does not mislead one as the paper he signs but rather misleads as to the true facts of a situation, and the false impression it causes is a basis of a decision to sign or render a judgment". Source: Steven H. Gifis, 'Law Dictionary', 5th Edition, Happauge: Barron's Educational Series, Inc., 2003, s.v.: 'Fraud'.

**Step 2: Fraud in Fact by Deceit (Obfuscation and Denial) and Theft:**

• "ACTUAL FRAUD. Deceit. Concealing something or making a false representation with an evil intent [scanter] when it causes injury to another…". Source: Steven H. Gifis, 'Law Dictionary', 5th Edition, Happauge: Barron's Educational Series, Inc., 2003, s.v.: 'Fraud'.

• "THE TORT OF FRAUDULENT DECEIT… The elements of actionable deceit are: A false representation of a material fact made with knowledge of its falsity, or recklessly, or without

reasonable grounds for believing its truth, and with intent to induce reliance thereon, on which plaintiff justifiably relies on his injury…". Source: Steven H. Gifis, 'Law Dictionary', 5th Edition, Happauge: Barron's Educational Series, Inc., 2003, s.v.: 'Deceit'.

**Step 3: Theft by Deception and Fraudulent Conveyance:**
**THEFT BY DECEPTION:**
• "FRAUDULENT CONCEALMENT… The hiding or suppression of a material fact or circumstance which the party is legally or morally bound to disclose…".
• "The test of whether failure to disclose material facts constitutes fraud is the existence of a duty, legal or equitable, arising from the relation of the parties: failure to disclose a material fact with intent to mislead or defraud under such circumstances being equivalent to an actual 'fraudulent concealment'…".
• To suspend running of limitations, it means the employment of artifice, planned to prevent inquiry or escape investigation and mislead or hinder acquirement of information disclosing a right of action, and acts relied on must be of an affirmative character and fraudulent…".
Source: Black, Henry Campbell, M.A., 'Black's Law Dictionary', Revised 4th Edition, St Paul: West Publishing Company, 1968, s.v. 'Fraudulent Concealment'.

**FRAUDULENT CONVEYANCE:**
• "FRAUDULENT CONVEYANCE… A conveyance or transfer of property, the object of which is to defraud a creditor, or hinder or delay him, or to put such property beyond his reach…".
• "Conveyance made with intent to avoid some duty or debt due by or incumbent or person (entity) making transfer…".

Source: Black, Henry Campbell, M.A., 'Black's Law Dictionary', Revised 4th Edition, St Paul: West Publishing Company, 1968, s.v. 'Fraudulent Conveyance'.

RESPECTFULLY SUBMITTED this 4th Day of January, 2010.

_____
Katherine Christensen, Real Party in Interest

Case 2:09-ap-01357-RTB    Doc 16    Filed 01/04/10    Entered 01/06/10 08:56:33    Desc
app for order to show cause-S&C-bk-ad.doc-CAP    Main Document    Page 6 of 6

01/05/2010