```
 1  Katherine Christensen
    1134 West Grand Caymen Drive
 2  Gilbert, Arizona 85233
    Tel: (480) 813-3885
 3  Pro Se
```

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Katherine Christensen, In Person Plaintiff, | |
| Vs. | Case No.: 09-21818 |
| CAPITAL ONE NA, its assigns and/or successors; CHEVY CHASE BANK; | Adversarial Proceeding No. 09-ap-01357 |
| STEVEN R. HALPIN d/b/a CFO CHEVY CHASE BANK his assigns and/or | Chapter 7 |
| successors; GARY PERLIN d/b/a CFO CAPITAL ONE NA his assigns and/or successors; SMITH & CRAVEN PLLC; GARY MICHAEL SMITH; D. JEFFREY CRAVEN; FREDERICK C. THOMAS; CARSON MESSINGER ELLIOTT LAUGHLIN & RAGAN PLLC; ROBERT P. LINDFORS; CAL-WESTERN RECONVEYANCE CORPORATION; SUSAN SMOTHERS; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC.; MARY STRATHAM d/b/a NOTARY d/b/a SIGNATORY FOR MORTGAGE ELECTRONIC SYSTEMS INC.; MARTY STRATHAM d/b/a NOTARY d/b/a SIGNATORY FOR CAL-WESTERN RECONVEYANCE CORP.; MARY STRATHAM d/b/a NOTARY FOR CAL-WESTERN RECONVEYANCE CORP.; PAMELA CAMPBELL d/b/a ASSISTANT SECRETARY OF MERS; NORTH AMERICAN TITLE AGENCY OF ARIZONA c/o NORTH AMERICAN TITLE INSURANCE CO.; GILA COUNTY SHERIFF OFFICE, CHRIS MCBREARTY d/b/a MORTGAGE BROKER for CHARTER FUNDING; CHARTER FUNDING; FIRST MAGNUS FINANCIAL; MERENDON MINING; INSTITUTE FOR FINANCIAL LEARNING; JOHN DOES And JANE DOES 1-100, ABC CORPORATIONS 1-100, and XYZ PARTNERSHIPS 1-100, Defendants, | AFFIDAVIT OF Katherine Christensen IN SUPPORT OF AN ORDER TO SHOW CAUSE

Assigned to: Hon. Redfield T. Baum |

FILED 2010 JAN -4 PM 2:13
CLERK U.S. BANKRUPTCY DISTRICT OF ARIZONA
01/05/2010

# AFFIDAVIT OF Katherine Christensen
## IN SUPPORT OF AN ORDER TO SHOW CAUSE

I, the Plaintiff, Katherine Christensen, a woman, hereinafter collectively listed as Affiant or Plaintiff, being of adult age, competent to testify, do hereby state that the truths and facts herein are based upon my understanding, beliefs, information and first hand requisite personal knowledge.

Further do I hereby state under the Perjury Clause and proclaim that the following information is true, correct, complete, certain, not misleading so help me God.

1. Affiant is of legal age and competent to testify.

2. Affiant has obtained firsthand knowledge of the facts stated herein.

3. Affiant does hereby declare that there are indeed material facts in dispute regarding the trustees, grantor, and hereby declares based upon their information that Plaintiff is the real and legal trustee of said questioned property and this can be proven if given a chance in the name of justice and honesty.

4. Affiant has not seen or been presented with any fact or evidence that any of the Defendants are the real holders in due course and believes that none exists.

5. Affiant believes that AURORA LOAN SERVICES LLC and QUALITY LOAN SERVICE CORP. and MERS are not legal beneficiaries and have absolutely no right to assign anything to anybody.

6. Affiant has not seen or been presented with any fact or evidence that any of the Defendants has in its possession the Original Genuine Promissory Note and believes that none exists.

7. Affiant has not seen or been acquainted with any of the following terms;

   *Power of Sale Clause, Seising, Cognovit note, Confession of judgment note, Contract of adhesion, Procedural unconscionability, Substantive unconscionability*

8. Defendant(s) never explained any of the above mentioned terms as required under the Truth and Lending Laws.

9. Plaintiff never knew that she was agreeing to an irrevocable trust.

10. If Plaintiff would have been informed of all the consequences of the deceptive, hidden and damaging clauses, Plaintiff would not have ever agreed to such harsh and detrimental stripulations.

11. Affiant has not seen or been presented with any fact or evidence that clearly identifies the trustee as having the authority to invoke the power of sale clause

12. Affiant has not seen or been presented with any fact or evidence that any of the Defendants is the real trustee with the legal right and/or contract right to foreclose.

13. Affiant has not seen or been presented with any fact or evidence that any of the Defendants have put forth any consideration for the subject property and believes that proof exists.

14. Affiant has not seen or been presented with any fact or evidence that any of the Defendants informed Plaintiff that she was waiving any of her rights.

15. Affiant hereby declares that under the Natural Rights of Man, which predates the United States Constitution, that the Natural Rights of Affiant/ woman cannot not be waived.

16. Affiant has not seen or been presented with any fact or evidence that any of the Defendants followed any of the truth and lending laws and Plaintiff avers that the Defendants have no such evidence, so this Court must grant Plaintiff's injunction and issue void judgment until a hearing to determine the facts of the situation.

17. Affiant has not seen or been presented with any fact or evidence that any of the Defendants did not alter the Original Genuine Promissory Note by affixing an Allonge to the Note and believes that none exists.

18. Affiant has not seen or been presented with any fact or evidence that any of the Defendants can demand and require payment in any particular form of money and believes that none exists.

19. Affiant has not seen or been presented with any fact or evidence that the pleading (confession of judgment and/or cognovit and/or void judgment note) submitted by any of the Defendants was true, correct, complete, and not misleading, and believes that none exists.

Further, Affiant saith not, and believes that none exists.

DATED: This 4th day of January 2010.

*Katherine Christensen* (signature)
Katherine Christensen
1134 West Grand Caymen Drive
Gilbert, Arizona 85233
Tel: (480) 813-3885

Pro Se

JURAT:

SUBSCRIBED AND SWORN TO before me by
_Katherine Christensen_ and substantiates the
authenticity of the Affidavit as true and correct and verifies this statement as what it was
intended to say on this 30th day of December 2009.

Maricopa County

_[signature]_ (seal)
Notary Public

My Commission expires 06/16/2012

**OFFICIAL SEAL**
ANNETTE R. DARCANGELO
NOTARY PUBLIC - State of Arizona
MARICOPA COUNTY
My Comm. Expires June 16, 2012

Case 2:09-ap-01357-RTB  Doc 18  Filed 01/04/10  Entered 01/06/10 09:08:17  Desc
Affidavit in Support of Order to Show Cause-Cap  Main Document  Page 4 of 4

01/05/2010