Katherine Christensen
1134 West Grand Caymen Drive
Gilbert, Arizona 85233
Tel: (480) 813-3885
Pro Se

FILED
2010 JAN -4 PM 2: 13
CLERK
U.S. BANKRUPTCY
DISTRICT OF ARIZONA

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Katherine Christensen, In Person ) | |
|     Plaintiff, ) | Case No.: 09-21818-RTB |
|     Vs. ) | |
| CAPITAL ONE NA, its assigns and/or ) | Adversarial Proceeding No. 09-ap-01357 |
| successors; CHEVY CHASE BANK; ) | |
| STEVEN R. HALPIN d/b/a CFO CHEVY ) | Chapter 7 |
| CHASE BANK his assigns and/or ) | |
| successors; GARY PERLIN d/b/a CFO ) | |
| CAPITAL ONE NA his assigns and/or ) | |
| successors; SMITH & CRAVEN PLLC; ) | **VERIFIED EMERGENCY MOTION** |
| GARY MICHAEL SMITH; D. JEFFREY ) | **FOR CONTINUANCE** |
| CRAVEN; FREDERICK C. THOMAS; ) | |
| CARSON MESSINGER ELLIOTT ) | |
| LAUGHLIN & RAGAN PLLC; ROBERT ) | |
| P. LINDFORS; CAL-WESTERN ) | |
| RECONVEYANCE CORPORATION; ) | |
| SUSAN SMOTHERS; MORTGAGE ) | |
| ELECTRONIC REGISTRATION ) | |
| SYSTEMS INC.; MARY STRATHAM ) | |
| d/b/a NOTARY d/b/a SIGNATORY FOR ) | |
| MORTGAGE ELECTRONIC SYSTEMS ) | |
| INC.; MARTY STRATHAM d/b/a ) | |
| NOTARY d/b/a SIGNATORY FOR ) | |
| CAL-WESTERN RECONVEYANCE ) | |
| CORP.; MARY STRATHAM d/b/a ) | |
| NOTARY FOR CAL-WESTERN ) | |
| RECONVEYANCE CORP.; ) | |
| PAMELA CAMPBELL d/b/a ASSISTANT ) | |
| SECRETARY OF MERS; NORTH ) | |
| AMERICAN TITLE AGENCY OF ) | |
| ARIZONA c/o NORTH AMERICAN ) | |
| TITLE INSURANCE CO.; CHRIS ) | |
| MCBREARTY d/b/a MORTGAGE ) | |
| BROKER for CHARTER FUNDING; ) | |
| CHARTER FUNDING; FIRST MAGNUS ) | Assigned to: Hon. Redfield T. Baum |
| FINANCIAL; MERENDON MINING; ) | |
| INSTITUTE FOR FINANCIAL ) | |
| LEARNING; and JOHN DOES and JANE ) | |
| DOES 1-100, ABC CORPORATIONS 1- ) | |
| 100, and XYZ PARTNERSHIPS 1-100, ) | |
| ) | |
|     Defendants, ) | |

# VERIFIED EMERGENCY MOTION FOR CONTINUANCE

1. Comes now Katherine Christensen, Plaintiff Pro Se, and files her Verified Emergency Motion for Continuance of the Hearing on the Motion to Lift Stay for Good Cause Showing as Judge Ronan, sitting in the Arizona Superior Court for Maricopa County, Case No. cv-2009-094179, set its hearing date virtually at the same time, Thursday, January 07, 2010 at 1:30PM, to hear arguments for a Temporary Restraining Order (TRO).

2. As this court set its hearing date for Thursday, January 07, 2010 at 2:30PM, it is physically impossible for Plaintiff to be at two places at the same time. Plaintiff had no control over the courts calendaring of this unavoidable conflict.

3. This motion is made, not for purposes of delay only, but so that justice may be done. For good cause showing, Katherine Christensen requests the court reschedule the hearing on the Motion to Lift Stay to its next available date.

RESPECTFULLY SUBMITTED this 4th day of January, 2010.

Katherine Christensen, Plaintiff
Real Party in Interest

## AFFIDAVIT

State of Arizona
County of Maricopa ss

Before me Annette R. Darcangelo the undersigned authority, on this day personally appeared Katherine Christensen, Plaintiff Pro Se, who, after being duly sworn by me, upon her oath states that the foregoing statements are true and correct.

Katherine Christensen, Affiant

OFFICIAL SEAL
ANNETTE R. DARCANGELO
NOTARY PUBLIC - State of Arizona
MARICOPA COUNTY
My Comm. Expires June 16, 2012

Subscribed and sworn to before me, this 04th day of January 2010.

Notary Public
State of Arizona