3

```
1  Katherine Christensen
2  Real Party in Interest Under Injury
3  1134 West Grand Caymen Drive
4  Gilbert, Arizona 85233
5  (480) 813-3885
6  PRO SE
7           IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
8                           MARICOPA COUNTY
```

| | |
|---|---|
| Katherine Christensen, In Person Plaintiff, )<br>Vs. )<br>CAPITAL ONE NA, its assigns and/or )<br>successors; CHEVY CHASE BANK; )<br>STEVEN R. HALPIN d/b/a CFO CHEVY )<br>CHASE BANK his assigns and/or successors; )<br>GARY PERLIN d/b/a CFO CAPITAL ONE )<br>NA his assigns and/or successors; SMITH & )<br>CRAVEN PLLC; GARY MICHAEL SMITH; )<br>D. JEFFREY CRAVEN; FREDERICK C. )<br>THOMAS; CARSON MESSINGER )<br>ELLIOTT LAUGHLIN & RAGAN PLLC; )<br>ROBERT P. LINDFORS; CAL-WESTERN )<br>RECONVEYANCE CORPORATION; )<br>SUSAN SMOTHERS; MORTGAGE )<br>ELECTRONIC REGISTRATION )<br>SYSTEMS INC.; MARY STRATHAM d/b/a )<br>NOTARY d/b/a SIGNATORY FOR )<br>MORTGAGE ELECTRONIC SYSTEMS )<br>INC.; MARTY STRATHAM d/b/a )<br>NOTARY d/b/a SIGNATORY FOR )<br>CAL-WESTERN RECONVEYANCE )<br>CORP.; MARY STRATHAM d/b/a )<br>NOTARY FOR CAL-WESTERN )<br>RECONVEYANCE CORP.; PAMELA )<br>CAMPBELL d/b/a ASSISTANT )<br>SECRETARY OF MERS; NORTH )<br>AMERICAN TITLE AGENCY OF )<br>ARIZONA c/o NORTH AMERICAN TITLE )<br>INSURANCE CO.; GILA COUNTY )<br>SHERIFF OFFICE, CHRIS MCBREARTY )<br>d/b/a MORTGAGE BROKER for CHARTER )<br>FUNDING; CHARTER FUNDING; FIRST )<br>MAGNUS FINANCIAL; MERENDON )<br>MINING; INSTITUTE FOR FINANCIAL )<br>LEARNING; JOHN DOES And JANE DOES )<br>1-100, ABC CORPORATIONS 1-100, and )<br>XYZ PARTNERSHIPS 1-100, Defendants, ) | Case No.: 09-21818-RTB<br><br>Adversarial Proceeding No. 09-ap-01357<br><br>Chapter 7<br><br><br><br>**NOTICE OF INCLUSION OF EVIDENCE INTO CASE**<br><br><br>Assigned to: Hon. Redfield T. Baum |

Case 2:09-ap-01357-RTB  Doc 22  Filed 01/04/10  Entered 01/06/10 09:20:14  Desc
NOTICE OF INCLUSION OF EVIDENCE INTO CASE  Main Document  Page 1 of 3  PAGE 1 of 3

01/05/2010

| | |
|---|---|
| 1 | Katherine Christensen ("Real Party in Interest" herein), respectfully submits this NOTICE |
| 2 | OF INCLUSION OF EVIDENCE INTO CASE No. CV2009-094179. Please let the record |
| 3 | show that Pursuant to the Rules of Evidence, the following sources are being submitted into |
| 4 | evidence. Please note that further details about these books will be submitted to the court at a |
| 5 | later date. This is simply a Notice given in an abundance of caution to let all parties know that |
| 6 | these sources will be used by Real Party in Interest and by her testifying expert witnesses. |

1. Money and Banking
by David R. Kamerschen, Eugene S. Klise
ISBN: 0-538-08240-2

2. A Primer on Money
Subcommittee on Domestic Finance Committee on Banking and Currency
House of Representatives
88th Congress, 2d Session
US Government Printing Office, Washington 1964

3. Money and Banking 4th Edition
by David H. Friedman
American Bankers Association

4. Economics Second Edition
by David R. Kamerschen, Richard B. McKenzie, Clark Nardinelli
ISBN: 0-395-38107-X

5. Economics an Introduction to Analysis and Policy Seventh Edition
by George Leland Bach
SBN: 13-227272-5

6. Economics USA Fourth Edition
by Edwin Mansfield, Nariman Behravesh
ISBN: 0-393-96641-0

7. The Economics of Money and Banking Seventh Edition
by Lester V. Chandler, Stephen M. Goldfeld
ISBN: 0-06-041234-8

8. Money and Banking a Market-Oriented Approach Third Edition
by Ivan C. Johnson, William W. Roberts
ISBN: 0-03-012518-9

9. The Economics of Money, Banking, and Financial Markets Second Ed.
by Frederic S. Mishkin
ISBN: 0-673-39831-5

10. Principles of Banking Sixth Edition
by G. Jay Francis, Norman F. Hecht, Susan M. Siegel
1998 American Bankers Association

11. Forensic Audit and Currency Trace
researched and compiled by Foreclosure Defense Group

DATED: This 4th Day of January 2010.

Katherine Christensen
Real Party in Interest