UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

*FILED SOC*
*RECEIVED*
*2010 JAN 14 P 2:56*
*CLERK*
*U.S. BANKRUPTCY*

In re:  Case No.: 2:09-bk-21818-RTB

KATHERINE CHRISTENSEN  Chapter: 7
*Debtor(s)*

---

KATHERINE CHRISTENSEN  Adversary No.: 2:09-ap-01357-RTB
*Plaintiff(s)*

v.

CAPITAL ONE NA
*Defendant(s)*

---

## CERTIFICATE OF SERVICE

I, __Thomas Ford McFadden__ certify that I am, and at all times during the service of process, was not less than 18 years of age. I further certify that the service of the summons and a copy of the complaint was made on __November 4, 2009__ by:

☐ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☐ Personal Sevice: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☑ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

**CAPITAL ONE N.A.**
**1680 CAPITAL ONE DRIVE**
**MCLEAN, VIRIGINA**

☐ Publication: The defendant was served as follows: (Describe briefly)

☐ State Law: The defendant was served pursuant to the laws of the State of _____ as follows: (Describe briefly)

If service of process was made by personal service, residential service, or pursuant to state law, I further certify that I am not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: _November 4, 2009_   By: _Thomas Ford: McFadden_ All rights Invoked & Reserved
   (Signature)

_Thomas Ford: McFadden_
(Print Name)

_____
(Business Address)

_____
(City, State, Zip Code)



**UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7009 0820 0001 9259 1412**
Class: **First-Class Mail**®
Service(s): **Certified Mail**™
        **Return Receipt**
Status: **Delivered**

Your item was delivered at 9:04 AM on November 6, 2009 in MC LEAN, VA 22102.

Detailed Results:

- **Delivered, November 06, 2009, 9:04 am, MC LEAN, VA 22102**
- **Arrival at Pick-Up-Point, November 06, 2009, 8:20 am, MC LEAN, VA 22102**
- **Arrival at Unit, November 06, 2009, 6:59 am, MC LEAN, VA 22102**
- **Acceptance, November 04, 2009, 4:12 pm, CHANDLER, AZ 85225**

**Track & Confirm**
Enter Label/Receipt Number.

Go >

Site Map | Customer Service | Forms | Gov't Services | Careers | Privacy Policy | Terms of Use | Business Customer Gateway




(copy)

```
Katherine Christensen
Real Party in Interest Under Injury
c/o 1134 West Grand Caymen Drive
Gilbert, Arizona  85233
(480) 813-3885
Without Representation
```

RECEIVED
2009 OCT 15 PM 2:58
CLERK
U.S. BANKRUPTCY
DISTRICT OF ARIZONA

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | CASE NO. 09-21818 |
| KATHERINE CHRISTENSEN | |
| Plaintiff | MOTION FOR COMMENCEMENT |
| V. | OF ADVERSARIAL PROCEEDING |
| CAPITAL ONE NA its assignees and/or successors | |
| Defendant | |

Plaintifff KATHERINE CHRISTENSEN, respectfully submits this MOTION FOR COMMENCEMENT OF ADVERSARIAL PROCEEDING. Plaintiff objects to any and all claims because CAPITAL ONE NA Defendant has never produced the original note or responded to any lawful requests for debt validation submitted under Notary Seal and Presentment as per Title 12 and Title 15. To begin the Adversarial Proceeding Plaintiff requests Discovery starting from when the account was at $0 until the present. Defendant's forensic accounting should state everything that is in their records, including but not limited to everything that has been withheld from Plaintiff.

DATED: October 15, 2009

*Katherine Christensen* (signature)
Katherine Christensen