3

Katherine Christensen
1134 West Grand Caymen Drive
Gilbert, Arizona 85233
Tel: (480) 813-3885
Pro Se

FILED
RECEIVED
2010 JAN 14 P 2:54
CLERK
U.S. BANKRUPTCY
DISTRICT OF ARIZONA

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| Katherine Christensen, In Person Plaintiff, <br> Vs. <br> CAPITAL ONE NA, its assigns and/or successors; CHEVY CHASE BANK; STEVEN R. HALPIN d/b/a CFO CHEVY CHASE BANK his assigns and/or successors; GARY PERLIN d/b/a CFO CAPITAL ONE NA his assigns and/or successors; SMITH & CRAVEN PLLC; GARY MICHAEL SMITH; D. JEFFREY CRAVEN; FREDERICK C. THOMAS; CARSON MESSINGER ELLIOTT LAUGHLIN & RAGAN PLLC; ROBERT P. LINDFORS; CAL-WESTERN RECONVEYANCE CORPORATION; SUSAN SMOTHERS; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC.; MARY STRATHAM d/b/a NOTARY d/b/a SIGNATORY FOR MORTGAGE ELECTRONIC SYSTEMS INC.; MARTY STRATHAM d/b/a NOTARY d/b/a SIGNATORY FOR CAL-WESTERN RECONVEYANCE CORP.; MARY STRATHAM d/b/a NOTARY FOR CAL-WESTERN RECONVEYANCE CORP.; PAMELA CAMPBELL d/b/a ASSISTANT SECRETARY OF MERS; NORTH AMERICAN TITLE AGENCY OF ARIZONA c/o NORTH AMERICAN TITLE INSURANCE CO.; GILA COUNTY SHERIFF OFFICE, CHRIS MCBREARTY d/b/a MORTGAGE BROKER for CHARTER FUNDING; CHARTER FUNDING; FIRST MAGNUS FINANCIAL; INSTITUTE FOR FINANCIAL LEARNING; MERENDON MINING, JOHN DOES And JANE DOES 1-100, ABC CORPORATIONS 1-100, and XYZ PARTNERSHIPS 1-100, Defendants, | Case #09-21818-RTB <br><br> Adversarial Case No.: 09-01357-RTB <br><br> CHAPTER 7 <br><br> AFFIDAVIT OF KATHERINE CHRISTENSEN IN SUPPORT OF EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND REQUEST FOR PERMANENT INJUNCTION <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> Assigned to: Hon. Redfield T. Baum |

I, Katherine Christensen, a woman, hereinafter collectively listed as Affiant or Plaintiff, being of adult age, competent to testify, do hereby state that the truths and facts herein are based upon my understanding, beliefs, information and first hand requisite personal knowledge. Further do I hereby state under the Perjury Clause and proclaim that the following information is true, correct, complete, certain, not misleading so help me God.

1. Affiant is of legal age and competent to testify.
2. Affiant has obtained firsthand knowledge of the facts stated herein.
3. Affiant does hereby declare that there are indeed material facts in dispute regarding the trustees, grantor, and beneficiary and hereby declares based upon their information that Plaintiff is the real and legal trustee of said questioned property and has in her possession newly discovered evidence to be presented to the court given a chance in the interest of justice.
4. Affiant does hereby declare that there is an improper insider relationship between the bogus mining operation Merendon Mining, IFFL, Milo Brost, the mortgage broker Chris McBrearty and First Magnus Financial.
5. Affiant does hereby declare that none of the Defendant(s) are legal beneficiaries and have absolutely no lawful and/or legal right to assign anything to anybody.
6. Affiant does hereby declare that Defendants have improperly conspired and used deceptive, negligent, fraudulent and unethical practices to wrongfully foreclose on her property and has in her possession newly discovered evidence to be presented to the court given a chance in the interest of justice.
6. Affiant does hereby declare that without the Temporary Restraining Order and Preliminary Injunction Affiant will suffer irreparable loss and injury.

7. Affiant respectfully prays this Court to protect her and allow her due process to bring forth her newly discovered evidence and submit proof of her claims to this Court.

WHEREFORE, Plaintiff prays for judgment against Defendants as follows:

That Pursuant to Rule 65, Ariz. R. Civ. P., this Court issue ~~forthwith a~~ temporary restraining order and preliminary injunction immediately enjoining and restraining defendants, defendants attorneys, officers, agents, servants, employees, and any and all other persons in active concert or participation with them, from:

1. going forward with foreclosure action at anytime before results of the adversarial proceedings are known; and

2. transferring or otherwise disposing of the Property; and

3. such other and further relief as this Court deems just and necessary.

RESPECTFULLY SUBMITTED this 14th Day of January 2010

*Katherine Christensen* (signature)

Katherine Christensen, Pro Se
1134 West Grand Caymen Drive
Gilbert, Arizona 85233
Tel: (480) 813-3885

State of Arizona )
                            ) Subscribed, affirmed and sealed
Maricopa County )

_____
Notary Public

My Commission Expires: 6-16-2012

OFFICIAL SEAL
HAROLD DARCANGELO
NOTARY PUBLIC - State of Arizona
MARICOPA COUNTY
My Comm. Expires June 16, 2012