FREDERICK C. THOMAS, 023844
SMITH & CRAVEN, P.L.L.C.
4045 E. UNION HILLS DR., STE. B-112
PHOENIX, ARIZONA 85050
VOICE: 480-222-2225
FAX: 480-222-3197
ATTORNEY FOR
CHEVY CHASE BANK NA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re<br><br>Katherine Christensen,<br><br>    Debtor.<br><br>Katherine Christensen<br>    Plaintiff<br>v.<br><br>Capital One NA, as assignee of Chevy Chase Bank NA<br>    Defendant | Chapter 7<br>No. 2:09-bk-21818-RTB<br>2:09-ap-1357<br><br>**Motion For Expedited Hearing On Capital One's Motion to Dismiss**<br><br>Assigned to Hon. Redfield T. Baum |

Pursuant to Local Bankruptcy Rule 9013-1(h), Defendant, Capital One, hereby requests the Court for an order shortening the notice period and for an expedited hearing on Capital One's motion to dismiss the adversary complaint..

Currently, the Court has set other hearings relating to this matter on 11 February 2010 at 10:00 am, in particular the Court has scheduled a hearing on Capital One's motion for relief from the automatic stay and Christensen's motion for an order to enforce a qualified written request. In the interest of judicial economy Capital One requests that the Court set the hearing on this motion for the same date and time.

SMITH & CRAVEN, PLLC
4045 E. UNION HILLS DR.
BUILDING B, SUITE 112
PHOENIX, ARIZONA 85050
480-222-2225 VOICE
480-222-3197 FAX

In Re Christensen     1     Motion to for Expedited Hearing

Case 2:09-ap-01357-RTB   Doc 35   Filed 02/03/10   Entered 02/03/10 14:59:43   Desc
Main Document     Page 1 of 3

Smith & Craven, PLLC
4045 E. Union Hills Dr.
Building B, Suite 112
Phoenix, Arizona 85050
480-222-2225 voice
480-222-3197 fax

1  Upon entry of an Order setting the expedited hearing, Capital One will immediately provide notice of the expedited hearing on the Motion to Dismiss to: (1) United States Trustee; (2) the debtor/Plaintiff; and, (3) anyone entering a notice of appearance in the above adversary proceeding and the underlying bankruptcy case.

Respectfully submitted this 3rd day of February 2010.

SMITH & CRAVEN, P.L.L.C.

By:\s\ Frederick C Thomas 023844
    Frederick C. Thomas, Esq.
    4045 E. Union Hills Drive
    Building B, Suite 112
    Phoenix, Arizona 85050
    Attorney for Chevy Chase Bank

| | | |
|---|---|---|
| 1 | Original of the foregoing transmitted this 3rd day of February 2010 to: | |
| 2 | US Bankruptcy Court<br>230 N. First Ave. Ste. 101<br>Phoenix, AZ 85003 | Delivered ☐<br>Faxed ☐<br>E-Filed ☒<br>Mailed ☐ |
| 4 | Copy of the foregoing transmitted this 3rd day of February 2010 to: | |
| 5-6 | Hon. Redfield T. Baum<br>US Bankruptcy Court<br>230 N. First Ave. Ste. 101<br>Phoenix, AZ 85003 | Delivered ☒<br>Faxed ☐<br>E-Mailed ☐<br>Mailed ☐ |
| 7-8 | Katherine Christensen<br>1134 W. Grand Cayman Dr.<br>Gilbert, AZ 85233 | Delivered ☐<br>Faxed ☐<br>E-Mailed ☐<br>Mailed ☒ |
| 9-10 | Mr. David A. Birdsell<br>United States Trustee<br>216 N. Center<br>Mesa, AZ 85201  Email: dabtrustee@hotmail.com | Delivered ☐<br>Faxed ☐<br>E-Mailed ☒<br>Mailed ☐ |

By: /s/ Frederick C. Thomas

P:\DOCUMENTS\206 CHEVY CHASE BANK\506 CHRISTENSEN CH 7\PLEADINGS\()506 MASTER PLEADING 00.PLD.DOC

SMITH & CRAVEN, PLLC
4045 E. UNION HILLS DR.
BUILDING B, SUITE 112
PHOENIX, ARIZONA 85050
480-222-2225 VOICE
480-222-3197 FAX

In Re Christensen
206.506

3

Motion to for Expedited Hearing