FREDERICK C. THOMAS, 023844
SMITH & CRAVEN, P.L.L.C.
4045 E. UNION HILLS DR., STE. B-112
PHOENIX, ARIZONA 85050
VOICE: 480-222-2225
FAX: 480-222-3197
ATTORNEY FOR
CHEVY CHASE BANK NA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re<br><br>Katherine Christensen,<br>        Debtor.<br><br>Katherine Christensen<br>    Plaintiff<br>v.<br><br>Capital One NA, as assignee of Chevy Chase Bank NA<br>    Defendant | Chapter 7<br>No. 2:09-bk-21818-RTB<br>2:09-ap-1357<br><br>**CAPITAL ONE, NA'S RESPONSE TO CHRISTENSEN'S MOTION TO TAKE JUDICIAL NOTICE OF RECENT COURT CASES AND PUBLIC RECORDS**<br><br>Assigned to Hon. Redfield T. Baum |

    Defendant, Capital One NA here responds to Katherine Christensen's Motion to Take Judicial Notice of Recent Court Cases and Public Records.

    Ms. Christensen's motion appears to request that the Court take judicial notice of facts in dispute in this case and of arguments made by her. Such unsubstantiated facts are not a valid basis for judicial notice by this tribunal.

    As set forth in the Federal Rules of Evidence, Rule 201 (b), a judicially noticed fact much be one not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court, or (2)

SMITH & CRAVEN, PLLC
4045 E. UNION HILLS DR.
BUILDING B, SUITE 112
PHOENIX, ARIZONA 85050
480-222-2225 VOICE
480-222-3197 FAX

capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned.

The "facts" referenced by Ms. Christensen in her motion are readily disputed by Capital One, NA. Broadly speaking, the facts may be summarized as: (1) that she submitted the various documents, (2) that the documents comply with specific laws as a valid qualified written report, (3) that the documents were not responded to, and (4) that she is presumptively entitled relief from the debt as a result. In fact, Chevy Chase did respond to various communications from Ms. Christensen, and both the facts and the legal conclusions she wishes the court to draw from the same are highly contested, not generally known to this Court, and not capable of determination by this Court as to their accuracy. At best, these "facts" are the conclusions she asks the Court to reach when ruling upon her various motions.

Additionally, some of the items for which she seeks judicial notice are cases decided by other jurisdictions. As the court can only take judicial notice of facts, her citation of cases and request for judicial notice of the same is improper.

Respectfully submitted this 8th day of February 2010.

        SMITH & CRAVEN, P.L.L.C.

        By: /s/ Frederick C Thomas 023844
           Frederick C. Thomas, Esq.
           4045 E. Union Hills Drive
           Building B, Suite 112
           Phoenix, Arizona 85050
           Attorney for Chevy Chase Bank

In Re Christensen    2    Response Re Judicial Notice
Case 2:09-ap-01357-RTB    Doc 39    Filed 02/08/10    Entered 02/08/10 20:44:30    Desc
Main Document    Page 2 of 3

Original of the foregoing transmitted this 8th day of February 2010 to:

| | | |
|---|---|---|
| US Bankruptcy Court | Delivered | ☐ |
| 230 N. First Ave. Ste. 101 | Faxed | ☐ |
| Phoenix, AZ 85003 | E-Filed | ☒ |
| | Mailed | ☐ |

Copy of the foregoing transmitted this 8th day of February 2010 to:

| | | |
|---|---|---|
| Hon. Redfield T. Baum | Delivered | ☐ |
| US Bankruptcy Court | Faxed | ☐ |
| 230 N. First Ave. Ste. 101 | E-Filed | ☒ |
| Phoenix, AZ 85003 | Mailed | ☐ |

| | | |
|---|---|---|
| Katherine Christensen | Delivered | ☐ |
| 1134 W. Grand Cayman Dr. | Faxed | ☐ |
| Gilbert, AZ 85233 | E-Mailed | ☒ |
| | Mailed | ☐ |

| | | | |
|---|---|---|---|
| Mr. David A. Birdsell | Email: | Delivered | ☐ |
| United States Trustee | dabtrustee@hotmail.com | Faxed | ☐ |
| 216 N. Center | | E-Mailed | ☒ |
| Mesa, AZ 85201 | | Mailed | ☐ |

By: /s/ Frederick C. Thomas

P:\DOCUMENTS\206 CHEVY CHASE BANK\506 CHRISTENSEN CH 7\PLEADINGS\()506 MASTER PLEADING 00.PLD.DOC

SMITH & CRAVEN, PLLC
4045 E. UNION HILLS DR.
BUILDING B, SUITE 112
PHOENIX, ARIZONA 85050
480-222-2225 VOICE
480-222-3197 FAX
206.506

In Re Christensen — 3 — Response Re Judicial Notice

Case 2:09-ap-01357-RTB   Doc 39   Filed 02/08/10   Entered 02/08/10 20:44:30   Desc
Main Document    Page 3 of 3