FREDERICK C. THOMAS, 023844
SMITH & CRAVEN, P.L.L.C.
4045 E. UNION HILLS DR., STE. B-112
PHOENIX, ARIZONA 85050
VOICE: 480-222-2225
FAX: 480-222-3197
ATTORNEY FOR
CHEVY CHASE BANK NA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In Re<br><br>Katherine Christensen,<br>        Debtor.<br>_____<br>Katherine Christensen<br>    Plaintiff<br>v.<br><br>Capital One NA, as assignee of Chevy Chase Bank NA<br>    Defendant | Chapter 7<br>No. 2:09-bk-21818-RTB<br>2:09-ap-1357<br><br>**CAPITAL ONE, NA'S OPPOSITION TO KATHERINE CHRISTENSEN'S MOTION TO JOIN INDISPENSABLE PARTIES TO ADVERSARIAL COMPLAINT**<br><br>Assigned to Hon. Redfield T. Baum |

Defendant, Capital One NA here opposes Katherine Christensen's Motion to Join Indispensable Parties to Adversarial Complaint, filed 04 January 2010.

Ms. Christensen provides a whole laundry list of persons and entities she wishes to add to her adversary complaint against Capital One, NA, including various DOE DEFENDANTS. Certainly as to the Doe Defendants, there should be no question but that if she cannot identify them, then they are not "indispensable." At the least, until such time as she can identify such parties by name and explain how they are required parties, the motion as to any Does should be denied.

In Re Christensen              1              Opposition to Joinder
Case 2:09-ap-01357-RTB    Doc 40    Filed 02/08/10    Entered 02/08/10 20:54:32    Desc
Main Document     Page 1 of 4

As to all of the persons and entities that Ms. Christensen seeks to join, her sole basis in seeking their joinder is that these persons or entities hold some unidentified "crucial and newly discovered evidence," and that the persons and entities "have an understanding of what happened in this case."

However, the mere fact that each of these persons or entities may have some information pertaining to Ms. Christensen, her failure to pay on her various debt obligations, her efforts to thwart collection by filing false and misleading documents with the Court and County Recorders' Offices, or that they may have knowledge of any other facts pertaining to the loan process, does not make any of these persons or entities "indispensable" to the litigation. At best, she has perhaps provided adequate description as to why they would be witnesses in her action. Otherwise, though, her motion utterly fails to provide this Court with any reason to join such parties.

Furthermore, though these parties are supposedly "indispensable," Ms. Christensen has failed to articulate any basis for their joinder AFTER the filing of the complaint in this matter. In other words, she has failed to seek leave of this Court, let alone provide any basis for the Court to consider, granting in her late sought leave to add parties to a case. In fact there is no such reason, as each of these parties was known to Ms. Christensen at the time she filed her first petition in bankruptcy under Chapter 13, if not sooner. Having provided no reason why she could not have brought her claims against such supposedly indispensable parties known to her since at least August 2009, this Court should deny her request.

Last, Capital One, NA has recently become aware that Ms. Christensen filed a "Supplemental Complaint" in which she names all or substantially all of the persons and entities listed in her motion to join indispensable parties. Capital One, NA has therefore supplemented its motion to dismiss the

Smith & Craven, PLLC
4045 E. Union Hills Dr.
Building B, Suite 112
Phoenix, Arizona 85050
480-222-2225 voice
480-222-3197 fax

adversary complaint to address these new supplemental proceedings. To the extent that the adversary complaint is dismissed, Ms. Christensen's other motions, including this motion to join indispensable parties, becomes moot. However, to the extent that this Court denies the motion to dismiss, in whole or in part, Capital One, NA here incorporates its various arguments in its supplement to the motion to dismiss. Capital One, NA further objects to joinder of these additional witnesses to the extent that the claims asserted against them are separate and apart from the claims against Capital One, NA and to the extent that the factual allegations as to such additional parties differ from those that are directly applicable to Capital One, NA. In other words, Capital One, NA acquired the debt and the right to foreclose against the secured real property asset when it acquired Chevy Chase Bank, NA. It has only acted as the successor in interest in the bankruptcy proceedings to seek relief from the automatic stay to permit it to foreclose against the security. Thus, any acts of other persons or entities other than the act of seeking relief from stay to permit foreclosure are unrelated to the acts of Capital One, NA and should be handled separately, if at all.

For all the foregoing reasons, Capital One, NA respectfully requests that the Court deny Ms. Christensen's motion to join indispensable parties.

Respectfully submitted this 8th day of February 2010.

                                              SMITH & CRAVEN, P.L.L.C.

                                              By:\s\ Frederick C Thomas 023844
                                                    Frederick C. Thomas, Esq.
                                                    4045 E. Union Hills Drive
                                                    Building B, Suite 112
                                                    Phoenix, Arizona 85050
                                                    Attorney for Chevy Chase Bank

SMITH & CRAVEN, PLLC
4045 E. UNION HILLS DR.
BUILDING B, SUITE 112
PHOENIX, ARIZONA 85050
480-222-2225 VOICE
480-222-3197 FAX

In Re Christensen           3           Opposition to Joinder

Case 2:09-ap-01357-RTB    Doc 40    Filed 02/08/10    Entered 02/08/10 20:54:32    Desc
Main Document     Page 3 of 4

| | | |
|---|---|---|
| 1 | Original of the foregoing transmitted this 8th day of February 2010 to: | |
| 2 | US Bankruptcy Court | Delivered ☐ |
|   | 230 N. First Ave. Ste. 101 | Faxed ☐ |
|   | Phoenix, AZ 85003 | E-Filed ☒ |
| 3 | | Mailed ☐ |
| 4 | Copy of the foregoing transmitted this 8th day of February 2010 to: | |
| 5 | Hon. Redfield T. Baum | Delivered ☐ |
|   | US Bankruptcy Court | Faxed ☐ |
| 6 | 230 N. First Ave. Ste. 101 | E-Filed ☒ |
|   | Phoenix, AZ 85003 | Mailed ☐ |
| 7 | Katherine Christensen | Delivered ☐ |
|   | 1134 W. Grand Cayman Dr. | Faxed ☐ |
| 8 | Gilbert, AZ 85233 | E-Mailed ☒ |
|   | | Mailed ☐ |
| 9 | Mr. David A. Birdsell   Email: | Delivered ☐ |
|   | United States Trustee   dabtrustee@hotmail.com | Faxed ☐ |
| 10 | 216 N. Center | E-Mailed ☒ |
|   | Mesa, AZ 85201 | Mailed ☐ |

By: /s/ Frederick C. Thomas

P:\DOCUMENTS\206 CHEVY CHASE BANK\506 CHRISTENSEN CH 7\PLEADINGS\()506 MASTER PLEADING 00.PLD.DOC

SMITH & CRAVEN, PLLC
4045 E. UNION HILLS DR.
BUILDING B, SUITE 112
PHOENIX, ARIZONA 85050
480-222-2225 VOICE
480-222-3197 FAX