Frederick C. Thomas, 023844
Smith & Craven, P.L.L.C.
4045 E. Union Hills Dr., Ste. B-112
Phoenix, Arizona 85050
Voice: 480-222-2225
Fax: 480-222-3197
Attorney for
Chevy Chase Bank NA

# In the United States Bankruptcy Court
## For the District of Arizona

| | |
|---|---|
| In Re<br><br>Katherine Christensen,<br>        Debtor.<br><br>Katherine Christensen<br>   Plaintiff<br>v.<br><br>Capital One NA, as assignee of Chevy Chase Bank NA<br>   Defendant | Chapter 7<br>No. 2:09-bk-21818-RTB<br>2:09-ap-1357<br><br>**CAPITAL ONE, NA'S RESPONSE TO KATHERINE CHRISTENSEN'S MOTION FOR DEFAULT AND DEFAULT JUDGMENT**<br><br>Assigned to Hon. Redfield T. Baum |

Defendant, Capital One NA here responds to Katherine Christensen's Motion for Default and Default Judgment.

The motion should be denied for the following reasons:

1. Following the filing of the original complaint, on or about 04 January 2010 Ms. Christensen filed an amended complaint, entitled Supplemental Complaint. The filing of that complaint extended the timeframe for an Answer.

2. After filing the "Supplemental Complaint," Ms. Christensen failed to serve the same upon Capital One in compliance with FRCP Rule 4.

In Re Christensen      1      Response RE Motion for Default
Case 2:09-ap-01357-RTB    Doc 41    Filed 02/08/10    Entered 02/08/10 20:55:30    Desc
Main Document     Page 1 of 3

3. There is no record of Ms. Christensen serving a summons upon Capital One, NA, in compliance with FRCP Rule 4.

4. Though she names Capital One, NA as a successor to Chevy Chase Bank, despite the fact that undersigned counsel has been continuously representing Chevy Chase Bank in Ms. Christensen's Ch.7 bankruptcy proceedings, she failed to serve a copy of either the Complaint or the Supplemental Complaint upon counsel. In fact, she failed to serve the Supplemental Complaint upon counsel despite having expressly named members of the firm in her Supplemental Complaint.

5. Ms. Christensen never advised counsel of the existence of the adversary proceeding, despite having received notice from counsel of the intent to seek a lift of the bankruptcy stay in November 2009, prior to her motion for default filed in December 2009.

6. Ms. Christensen failed to serve a Notice of Motion for Judgment upon Capital One, NA (or any of the other defendants) and failed to provide an affidavit of such service.

7. Prior to the Court rendering final determination on the default application, Capital One, NA timely filed a motion to dismiss the adversary complaint. No other parties to such complaint have been served, and therefore they are not required to answer.

Smith & Craven, PLLC
4045 E. Union Hills Dr.
Building B, Suite 112
Phoenix, Arizona 85050
480-222-2225 voice
480-222-3197 fax

SMITH & CRAVEN, PLLC
4045 E. UNION HILLS DR.
BUILDING B, SUITE 112
PHOENIX, ARIZONA 85050
480-222-2225 VOICE
480-222-3197 FAX

1. Thus, for the foregoing reasons, Ms. Christensen's default application should be denied. Still, should the Court for any reason deny the motion to dismiss, and Ms. Christensen's motion is not already been denied or deemed moot, Capital One, NA respectfully requests that it be afforded an additional 10 days after such rulings to file its answer herein.

Respectfully submitted this 8th day of February 2010.

SMITH & CRAVEN, P.L.L.C.

By: /s/ Frederick C Thomas 023844
    Frederick C. Thomas, Esq.
    4045 E. Union Hills Drive
    Building B, Suite 112
    Phoenix, Arizona 85050
    Attorney for Chevy Chase Bank

Original of the foregoing transmitted this 8th day of February 2010 to:

| | |
|---|---|
| US Bankruptcy Court | Delivered ☐ |
| 230 N. First Ave. Ste. 101 | Faxed ☐ |
| Phoenix, AZ 85003 | E-Filed ☒ |
| | Mailed ☐ |

Copy of the foregoing transmitted this 8th day of February 2010 to:

| | |
|---|---|
| Hon. Redfield T. Baum | Delivered ☐ |
| US Bankruptcy Court | Faxed ☐ |
| 230 N. First Ave. Ste. 101 | E-Filed ☒ |
| Phoenix, AZ 85003 | Mailed ☐ |
| Katherine Christensen | Delivered ☐ |
| 1134 W. Grand Cayman Dr. | Faxed ☐ |
| Gilbert, AZ 85233 | E-Mailed ☒ |
| | Mailed ☐ |

| | | |
|---|---|---|
| Mr. David A. Birdsell | Email: | Delivered ☐ |
| United States Trustee | dabtrustee@hotmail.com | Faxed ☐ |
| 216 N. Center | | E-Mailed ☒ |
| Mesa, AZ 85201 | | Mailed ☐ |

By: /s/ Frederick C. Thomas

P:\DOCUMENTS\206 CHEVY CHASE BANK\506 CHRISTENSEN CH 7\PLEADINGS\()506 MASTER PLEADING 00.PLD.DOC