FREDERICK C. THOMAS, 023844
SMITH & CRAVEN, P.L.L.C.
4045 E. UNION HILLS DR., STE. B-112
PHOENIX, ARIZONA 85050
VOICE: 480-222-2225
FAX: 480-222-3197
ATTORNEY FOR
CHEVY CHASE BANK NA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re<br><br>Katherine Christensen,<br>      Debtor.<br><br>Katherine Christensen<br>    Plaintiff<br>v.<br><br>Capital One NA, as assignee of Chevy Chase Bank NA<br>    Defendant | Chapter 7<br>No. 2:09-bk-21818-RTB<br>2:09-ap-1357<br><br>**CAPITAL ONE, NA'S OPPOSITION TO KATHERINE CHRISTENSEN'S MOTION TO CONSOLIDATE ADVERSARIAL CASES AND TO ENJOIN INDISPENSABLE PARTIES**<br><br>Assigned to Hon. Redfield T. Baum |

Defendant, Capital One NA, here opposes Katherine Christensen's Motion to Consolidate Adversarial Cases and to Enjoin (sic) Indispensable Parties.

### I. MOTION TO CONSOLIDATE

FRCP Rule 42(a) provides that the Court MAY consolidate actions involving common questions of law or fact. The Federal District Court Local Rules of Arizona, Rule 1.2(g) permits consolidation where the cases (A) arise from substantially the same transaction or event; (B) involve substantially the same parties or property; (C) involved the same patent, trademark, or copyright; (D) call for determination of substantially the same questions of law; or (E) for

SMITH & CRAVEN, PLLC
4045 E. UNION HILLS DR.
BUILDING B, SUITE 112
PHOENIX, ARIZONA 85050
480-222-2225 VOICE
480-222-3197 FAX

In Re Christensen      1      Opposition to Motion to Consolidate
206.606

Case 2:09-ap-01357-RTB    Doc 42    Filed 02/08/10    Entered 02/08/10 20:56:51    Desc
Main Document      Page 1 of 4

any other reason would entail substantial duplication of labor if heard by different District Judges.

Here, however, none of the factors supporting consolidation exist. The adversary case against Capital One, NA, for example, pertains to its effort to foreclose upon certain real property located in Payson Arizona for an unpaid debt obligation to Capital One, NA secured by a Deed of Trust. Meanwhile, by way of example, the adversary complaint against Aurora Loan Services pertains to its post-foreclosure efforts to evict Ms. Christensen from real property located in Phoenix, Arizona. In short, these various matters involve different parties, different properties, different factual issues, and different questions of law and are only related by virtue of having the same principal actor and Plaintiff – i.e., Ms. Christensen. Ms. Christensen even admits to the differing issues and parties in her own motion, at numbered paragraph 7 ("four separate transactions on two separate properties").

The only other similarity between these actions is that Ms. Christensen has alleged a whole host of supposed violations of law in an effort to thwart the various banks' efforts to collect upon debts secured by assets. There is nothing to be gained by consolidation of these matters. Meanwhile, each of the defendant banks serves to further lose by consolidation as Ms. Christensen will use such consolidation as an opportunity to file singular motions against all of the bank defendants that will further slow their respective efforts to obtain resolution and relief. In other words, such consolidation will allow Ms. Christensen the opportunity to further confuse matters by letting her file a single motion against all the banks, leaving it to them to sort out who truly was the responsible actor, if any.

Put bluntly, this is yet one more in a host of efforts by Ms. Christensen to delay and harass her creditors and to keep them from obtaining the relief to

SMITH & CRAVEN, PLLC
4045 E. UNION HILLS DR.
BUILDING B, SUITE 112
PHOENIX, ARIZONA 85050
480-222-2225 VOICE
480-222-3197 FAX

which they are each entitled. The Court should not countenance such abuse of process and should deny the requested consolidation.

## II. MOTION TO ENJOIN (SIC) INDISPENSABLE PARTIES

Though this motion is entitled secondarily as a motion to enjoin (sic) indispensable parties, in numbered paragraph 3 she advises that she is "operating on the presumption that her Motions to Enjoin Indispensable Parties in cases #09-03158 and #09-03157 both filed January 4, 2010, will take place. She then goes on to provide names of additional persons and entities she wishes to be joined in this action. The only basis for her request for joinder is that these parties might have knowledge of certain facts. This is the same argument raised in her January 4, 2010 motion to join indispensable parties. So, in response to this supposedly new motion to join parties, Capital One, NA incorporates by reference its response to her 04 January 2010 motion.

## III. CONCLUSION

For the foregoing reasons, both Ms. Christensen's motion to consolidate and her motion to join additional parties should be denied.

Respectfully submitted this 8th day of February 2010.

        SMITH & CRAVEN, P.L.L.C.

        By:\s\ Frederick C Thomas 023844
           Frederick C. Thomas, Esq.
           4045 E. Union Hills Drive
           Building B, Suite 112
           Phoenix, Arizona 85050
           Attorney for Chevy Chase Bank

In Re Christensen     3     Opposition to Motion to Consolidate
Case 2:09-ap-01357-RTB    Doc 42    Filed 02/08/10    Entered 02/08/10 20:56:51    Desc
Main Document     Page 3 of 4

| | | | |
|---|---|---|---|
| 1 | Original of the foregoing transmitted this 8th day of February 2010 to: | | |
| 2 | US Bankruptcy Court<br>230 N. First Ave. Ste. 101<br>Phoenix, AZ 85003 | Delivered<br>Faxed<br>E-Filed<br>Mailed | ☐<br>☐<br>☒<br>☐ |
| 3 | | | |
| 4 | Copy of the foregoing transmitted this 8th day of February 2010 to: | | |
| 5 | Hon. Redfield T. Baum<br>US Bankruptcy Court<br>230 N. First Ave. Ste. 101<br>Phoenix, AZ 85003 | Delivered<br>Faxed<br>E-Filed<br>Mailed | ☐<br>☐<br>☒<br>☐ |
| 7 | Katherine Christensen<br>1134 W. Grand Cayman Dr.<br>Gilbert, AZ 85233 | Delivered<br>Faxed<br>E-Mailed<br>Mailed | ☐<br>☐<br>☒<br>☐ |
| 9 | Mr. David A. Birdsell       Email:<br>United States Trustee   dabtrustee@hotmail.com<br>216 N. Center<br>Mesa, AZ 85201 | Delivered<br>Faxed<br>E-Mailed<br>Mailed | ☐<br>☐<br>☒<br>☐ |

By: /s/ Frederick C. Thomas

P:\DOCUMENTS\206 CHEVY CHASE BANK\506 CHRISTENSEN CH 7\PLEADINGS\()506 MASTER PLEADING 00.PLD.DOC

Smith & Craven, PLLC
4045 E. Union Hills Dr.
Building B, Suite 112
Phoenix, Arizona 85050
480-222-2225 voice
480-222-3197 fax

In Re Christensen — 4 — Opposition to Motion to Consolidate
206.506