Frederick C. Thomas, 023844
Smith & Craven, P.L.L.C.
4045 E. Union Hills Dr., Ste. B-112
Phoenix, Arizona 85050
Voice: 480-222-2225
Fax: 480-222-3197
Attorney for
Chevy Chase Bank NA

# In the United States Bankruptcy Court
## For the District of Arizona

| | |
|---|---|
| In Re<br><br>Katherine Christensen,<br>     Debtor.<br><br>Katherine Christensen<br>  Plaintiff<br>v.<br><br>Capital One NA, as assignee of Chevy Chase Bank NA<br>  Defendant | Chapter 7<br>No. 2:09-bk-21818-RTB<br>2:09-ap-1357<br>**MOTION TO STRIKE**<br>**(1) Notice of Inclusion of Testifying Expert Witness Into Case Michael A. Paoletta**<br>**(2) Notice of and Brief Supporting Inclusion of Testifying Expert Witness Into Case Neil F. Garfield M.B.A.J.D.**<br>**(3) Notice to Court of Haines v. Kerner Status of Plaintiff; and**<br>**(4) Notice of Inclusion of Evidence Into Case**<br><br>Assigned to Hon. Redfield T. Baum |

Defendant, Capital One NA here moves to strike the following pleadings filed by Katherine Christensen:

1. Notice of Inclusion of Testifying Expert Witness Into Case Michael A. Paoletta;

2. Notice of and Brief Supporting Inclusion of Testifying Expert Witness Into Case Neil F. Garfield M.B.A.J.D.;

In Re Christensen    1    Motion to Strike
Case 2:09-ap-01357-RTB   Doc 43   Filed 02/08/10   Entered 02/08/10 21:00:36   Desc
Main Document   Page 1 of 3

3. Notice to Court of Haines v. Kerner Status of Plaintiff; and

4. Notice of Inclusion of Evidence Into Case

None of the foregoing is a proper pleading permitted under the rules. None of the foregoing seek relief permitted under the applicable Federal Rules of Civil Procedure or the Federal Rules of Bankruptcy Procedure. As such, these pleadings provide insufficient defense or basis, are immaterial and impertinent. At best, these documents might be considered disclosures; however, such disclosures are not permitted under the rules to be filed with the Court.

In making this Motion, Capital One, NA advises the Court that such pleadings were, to counsel's knowledge, never served upon Capital One, NA, nor were copies provided to counsel, despite Katherine Christensen's awareness that this firm represents Capital One, NA (as successor in interest to Chevy Chase Bank) and despite counsel's appearance for Chevy Chase Bank in the companion Chapter 7 bankruptcy matter. Instead, counsel discovered the existence of these documents when counsel learned of the adversary proceeding in the last week. Therefore, any time period by which Capital One, NA had to make this motion has yet to run.

Thus, for the foregoing reasons, Capital One, NA requests that these documents be stricken from the record herein.

Respectfully submitted this 8th day of February 2010.

SMITH & CRAVEN, P.L.L.C.

By:\s\ Frederick C Thomas 023844
Frederick C. Thomas, Esq.
4045 E. Union Hills Drive
Building B, Suite 112
Phoenix, Arizona 85050
Attorney for Chevy Chase Bank

Original of the foregoing transmitted this 8th day of February 2010 to:

| | | |
|---|---|---|
| US Bankruptcy Court | Delivered | ☐ |
| 230 N. First Ave. Ste. 101 | Faxed | ☐ |
| Phoenix, AZ 85003 | E-Filed | ☒ |
| | Mailed | ☐ |

Copy of the foregoing transmitted this 8th day of February 2010 to:

| | | |
|---|---|---|
| Hon. Redfield T. Baum | Delivered | ☐ |
| US Bankruptcy Court | Faxed | ☐ |
| 230 N. First Ave. Ste. 101 | E-Filed | ☒ |
| Phoenix, AZ 85003 | Mailed | ☐ |

| | | |
|---|---|---|
| Katherine Christensen | Delivered | ☐ |
| 1134 W. Grand Cayman Dr. | Faxed | ☐ |
| Gilbert, AZ 85233 | E-Mailed | ☒ |
| | Mailed | ☐ |

| | | | |
|---|---|---|---|
| Mr. David A. Birdsell | Email: | Delivered | ☐ |
| United States Trustee | dabtrustee@hotmail.com | Faxed | ☐ |
| 216 N. Center | | E-Mailed | ☒ |
| Mesa, AZ 85201 | | Mailed | ☐ |

By: /s/ Frederick C. Thomas

P:\DOCUMENTS\206 CHEVY CHASE BANK\506 CHRISTENSEN CH 7\PLEADINGS\()506 MASTER PLEADING 00.PLD.DOC

SMITH & CRAVEN, PLLC
4045 E. UNION HILLS DR.
BUILDING B, SUITE 112
PHOENIX, ARIZONA 85050
480-222-2225 VOICE
480-222-3197 FAX

In Re Christensen
206.506

Motion to Strike

Case 2:09-ap-01357-RTB   Doc 43   Filed 02/08/10   Entered 02/08/10 21:00:36   Desc
Main Document    Page 3 of 3