FREDERICK C. THOMAS, 023844
SMITH & CRAVEN, P.L.L.C.
4045 E. UNION HILLS DR., STE. B-112
PHOENIX, ARIZONA 85050
VOICE: 480-222-2225
FAX: 480-222-3197
ATTORNEY FOR
CHEVY CHASE BANK NA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re<br><br>Katherine Christensen,<br><br>      Debtor.<br><br>Katherine Christensen<br>    Plaintiff<br>v.<br><br>Capital One NA, as assignee of Chevy Chase Bank NA<br>    Defendant | Chapter 7<br>No. 2:09-bk-21818-RTB<br>2:09-ap-1357<br><br>**Notice of Lodging Proposed Order Granting Motion to Dismiss The Adversary Complaint**<br><br>Assigned to Hon. Redfield T. Baum |

    Defendant/Creditor, Capital One as assignee Chevy Chase Bank NA, through counsel, here gives notice of the lodging of the proposed order granting the motion to dismiss the adversary complaint.

Respectfully submitted this 26th day of March 2010.

                                                   SMITH & CRAVEN, P.L.L.C.

                                                   By:\s\ Frederick C Thomas 023844
                                                   Frederick C. Thomas, Esq.
                                                   4045 E. Union Hills Drive
                                                   Building B, Suite 112
                                                   Phoenix, Arizona 85050
                                                   Attorney for Movant

SMITH & CRAVEN, PLLC
4045 E. UNION HILLS DR.
BUILDING B, SUITE 112
PHOENIX, ARIZONA 85050
480-222-2225 VOICE
480-222-3197 FAX

Christensen v. Capital One                         1                           Notice of Lodging Order

Case 2:09-ap-01357-RTB   Doc 53   Filed 03/26/10   Entered 03/26/10 14:39:56   Desc
Main Document     Page 1 of 2

Original of the foregoing transmitted this 26th day of March 2010 to:

| | | |
|---|---|---|
| US Bankruptcy Court<br>230 N. First Ave. Ste. 101<br>Phoenix, AZ 85003 | | Delivered ☐<br>Faxed ☐<br>E-Filed ☒<br>Mailed ☐ |

Copy of the foregoing transmitted this 26th day of March 2010 to:

| | | |
|---|---|---|
| Hon. Redfield T. Baum<br>US Bankruptcy Court<br>230 N. First Ave. Ste. 101<br>Phoenix, AZ 85003 | | Delivered ☐<br>Faxed ☐<br>E-Filed ☒<br>Mailed ☐ |
| Katherine Christensen<br>1134 W. Grand Cayman Dr.<br>Gilbert, AZ 85233 | Email: kbahai@cox.net | Delivered ☐<br>Faxed ☐<br>E-Mailed ☒<br>Mailed ☐ |
| Mr. David A. Birdsell<br>United States Trustee<br>216 N. Center<br>Mesa, AZ 85201 | Email: dabtrustee@hotmail.com | Delivered ☐<br>Faxed ☐<br>E-Mailed ☒<br>Mailed ☐ |

By: /s/ Frederick C. Thomas

P:\DOCUMENTS\206 CHEVY CHASE BANK\506 CHRISTENSEN CH 7\PLEADINGS\()506 MASTER PLEADING 00.PLD.DOC

SMITH & CRAVEN, PLLC
4045 E. UNION HILLS DR.
BUILDING B, SUITE 112
PHOENIX, ARIZONA 85050
480-222-2225 VOICE
480-222-3197 FAX
206.506